IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH BECKER,

        Plaintiff,                    No. CIV S-10-0519 EFB P

   vs.

DAHL, et al.,

        Defendants.            <u>ORDER</u>

_____/

       The court, by separate order, has found plaintiff's complaint, filed on March 3, 2010, appropriate for service. Plaintiff also filed a motion for a preliminary injunction on March 3, 2010. In his complaint and motion for a preliminary injunction, plaintiff states that defendants are removing him from the Enhanced Outpatient Program, where he was placed initially because of his attempts at suicide, to a lower level of care. Plaintiff claims defendants have not reviewed his medical file, which documents his history of attempted suicide, and that his suicidal ideation is recurring. Plaintiff claims he will be exposed to a risk of suicide if he is removed from the Enhanced Outpatient Program and seeks an order enjoining defendants from modifying his current level of care.

////

////

1

1     Accordingly, IT IS ORDERED that:

2     1. Defendants have fourteen (14) days to respond to plaintiff's motion for a preliminary
3 injunction.

4     2. The Clerk of the Court is directed to serve a copy of the original complaint (Dckt. No.
5 1), the motion for a preliminary injunction (Dckt. No. 2) and a copy of this order upon Monica
6 Anderson, Supervising Deputy Attorney General.

7     3. In addition, the Clerk of the Court is directed to mail a copy of the original complaint
8 (Dckt. No. 1), the motion for a preliminary injunction (Dckt. No. 2), and a copy of this order to
9 the litigation coordinator at Mule Creek State Prison.

10 Dated: March 8, 2010.

                      EDMUND F. BRENNAN
                      UNITED STATES MAGISTRATE JUDGE