IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH BECKER,

        Plaintiff,                    No. CIV S-10-0519 EFB P

    vs.

DAHL, et al.,

        Defendants.         ORDER
_____/

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1).

       Plaintiff has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff has filed the required affidavit but has not filed a certified copy of his trust account statement or the institutional equivalent. Plaintiff indicates, however, that he has attempted to obtain this information but that the Mule Creek Prison Trust Office has not responded to his requests. Dckt. No. 3. In light of plaintiff's pending request for injunctive relief, his affidavit in support of his application to proceed in forma pauperis, and his apparent efforts to obtain a certified copy of his trust account statement, the court will allow him to proceed. The court thus finds, for present purposes, that plaintiff's application makes the showing required by 28 U.S.C.

1  § 1915(a)(1) and (2). Accordingly, by separate order, the court directs the agency having
2  custody of plaintiff to collect and forward the appropriate monthly payments for the filing fee as
3  set forth in 28 U.S.C. § 1915(b)(1) and (2). Plaintiff must make another attempt to obtain a
4  certified copy of his trust account statement. If that attempt is unsuccessful, plaintiff must file a
5  declaration with the court saying so, and if possible, providing the name of the individual in the
6  Mule Creek Prison Trust Office responsible for delaying/ignoring plaintiff's request(s).

7  The court finds that, for the limited purposes of § 1915A screening, the complaint states
8  cognizable claims for relief against all defendants.

9  Accordingly, it hereby is ordered that:

10  1. Plaintiff's request to proceed *in forma pauperis* is granted at this time, but plaintiff
11  must, within 30 days, submit a certified copy of his trust account statement for the six-month
12  period preceding the filing of the complaint, or a declaration as described above.

13  2. Plaintiff shall pay the statutory filing fee of $350. All payments shall be collected in
14  accordance with the notice to the Director of the California Department of Corrections and
15  Rehabilitation filed concurrently herewith.

16  3. Service is appropriate for defendants Dahl, Lisle, Moazam, and Martel.

17  4. The Clerk of the Court shall send plaintiff four USM-285 forms, one summons, an
18  instruction sheet and one copy of the March 3, 2010 pleading.

19  5. Within 30 days from service of this order, plaintiff shall complete the attached Notice
20  of Submission of Documents and submit it to the court with the completed summons and USM-
21  285 forms and five copies of the endorsed March 3, 2010 pleading.

22  ////
23  ////
24  ////
25  ////
26  ////

6. Upon receipt of the necessary materials, the court will direct the United States Marshal to serve defendants Dahl, Lisle, Moazam, and Martel pursuant to Federal Rule of Civil Procedure 4 without payment of costs. Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated: March 8, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH BECKER,

        Plaintiff,                    No. CIV S-10-0519 EFB P

    vs.

DAHL, et al.,

        Defendants.             <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

                           /

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

          1          completed summons form

          4          completed forms USM-285

          5          copies of the March 3, 2010

Dated:

                                                       Plaintiff