IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH BECKER,

    Plaintiff,                No. CIV S-10-0519 KJM EFB P

    vs.

DAHL, et al.,

    Defendants.          ORDER

_____/

        On March 15, 2011, plaintiff filed a request for reconsideration of the magistrate judge's order filed March 9, 2011, directing the Clerk of the Court to strike plaintiff's January 19, 2011 amended complaint.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the file, the court finds that the magistrate judge's ruling was not clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed March 9, 2011, is affirmed.

DATED:  May 20, 2011.

                                      _____
                                      UNITED STATES DISTRICT JUDGE

1